01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,     )
                               )
         Plaintiff,        )
                               )   Case No. MJ10-446
     v.                    )
                               )
CORY EUGENE GILL,         )   DETENTION ORDER
                               )
         Defendant.      )
_____ )

Offense charged:

     Bank Robbery, in violation of 18 U.S.C.§ 2113(a)

Date of Detention Hearing: December 9, 2010.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)     Defendant has stipulated to detention because he is in custody on another matter,
but reserves the right to contest his continued detention if there is a change in circumstances.

     (2)     There appear to be no conditions or combination of conditions other than detention
that will reasonably assure the appearance of defendant as required or ensure the safety of the
community.

DETENTION ORDER                                   15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 1

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of December, 2010.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 2